IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHIRLEY BAKER,

      Appellant,

  v.

Case No.  5D21-2569
LT Case No. 2020-31437-CICI

CSMC 2019-RPL3 TRUST AND MIDLAND
FUNDING, LLC,

      Appellees.
_____/

Decision filed July 19, 2022

Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Shirley Baker, Daytona Beach, pro se.

Joseph T. Kohn, Benjamin B. Brown,
and Melanie C. Kalmanson, of Quarles
& Brady LLP, Naples, for Appellee,
CSMC 2019-RPL3 TRUST.

No Appearance for Other Appellee.

PER CURIAM.

     AFFIRMED.


EVANDER, EISNAUGLE and TRAVER, JJ., concur.